```
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 0 1 2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA   :   INDICTMENT

       - v. -   :   19 Cr.

KEENAN CARROLL,   :   **19 CRIM 488**

       Defendant.   :

- - - - - - - - - - - - - - - - X

## COUNT ONE

**(Possession of a Firearm)**

The Grand Jury charges:

On or about January 23, 2019, in the Southern District of New York, KEENAN CARROLL, the defendant, knowing that he had previously been convicted in a court of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce a firearm, to wit, a Glock, model 22 Gen 4, .40 S&W caliber semi-automatic pistol, which previously had been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Sections 922(g)(1) and 2.)


_____          _____
FOREPERSON     7/1/19              GEOFFREY S. BERMAN
                                   United States Attorney


                                            RODERICK

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

v.

**KEENAN CARROLL,**

Defendant.

---

**INDICTMENT**

19 Cr.

(18 U.S.C. §§ 922(g)(1) and 2.)

GEOFFREY S. BERMAN
United States Attorney

_____
Foreperson

---