```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/9/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA,

        -against-

Keenan Carroll,

        Defendant.
-------------------------------------------------------X

1:19-CR-00488 - 1 (VSB)

ORDER

Vernon S. Broderick, United States District Judge:

It is hereby ORDERED that the defendant's bail is modified to include: mental health evaluation & treatment as directed by Pretrial Services.

Dated: New York, New York
       March 9, 2020

SO ORDERED:

_____
Vernon S. Broderick
United States District Judge