**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
*Jennifer L. Brown*
Attorney-in-Charge

April 30, 2020

**BY ECF AND EMAIL**
Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square, Room 415
New York, New York 10007

**Re:   United States v. Keenan Carroll**
       **19 Cr. 488 (VSB)**

Dear Judge Broderick:

I write to respectfully request an adjournment of Mr. Carroll's sentencing hearing which is currently scheduled for May 8, 2020. We seek an adjournment of approximately 60 days from that date. At the time that the Court previously granted an adjournment, February 7, 2020, we could not have anticipated the global COVID-19 pandemic. Mr. Carroll has expressed the hope that on the adjourned date, he could be personally present in court, in order to speak directly to the Court about his sentence. I have spoken with Kedar S. Bhatia, Esq. on behalf of the Government, and he has consented to this application.

Thank you for your consideration of this matter.

Respectfully submitted,

/s/_____
Robert M. Baum
Assistant Federal Defender

**SO ORDERED:**

_____
**HONORABLE VINCENT S. BRODERICK**
United States District Judge

cc:  Kedar S. Bhatia, Esq.
     Assistant United States Attorney