**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

June 29, 2020

**BY ECF AND EMAIL**
Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square, Room 415
New York, New York 10007

**APPLICATION GRANTED
SO ORDERED**
**VERNON S. BRODERICK
U.S.D.J.** 6/30/2020

Sentencing in this matter is hereby adjourned to September 10, 2020 at 10 a.m.

**Re:   United States v. Keenan Carroll
       19 Cr. 488 (VSB)**

Dear Judge Broderick:

I write to respectfully request an adjournment of Mr. Carroll's sentencing hearing which is currently scheduled for July 10, 2020. We seek an adjournment of approximately 60 days from that date. At our last conference before the Court, Kedar S. Bhatia, Esq., on behalf of the Government, expressed his objection to any further adjournment.

Mr. Carroll seeks an adjournment for the following reasons: (1) He hopes that his pending criminal case in state court can be addressed prior to sentencing so that this Court will be in a better position to consider how it may impact, if at all, his sentencing hearing; (2) Mr. Carroll hopes to continue both his drug counseling and psychological counseling which he feels is of great benefit to him; and (3) Mr. Carroll would like to personally address the Court at sentencing.

Under the CARES Act, Mr. Carroll's consent is necessary to proceed to sentencing in a manner other than personal appearance. For the reasons set forth above, he does not consent to waive his personal appearance. The CARES Act further requires that specific reasons must exist why the sentencing cannot be delayed without serious harm to the interests of justice. No such reasons exist.

        Respectfully submitted,

        /s/ Robert M. Baum
        Robert M. Baum
        Assistant Federal Defender

        **SO ORDERED:**

        _____
        **HONORABLE VERNON S. BRODERICK**
        United States District Judge

cc:  Kedar S. Bhatia, Esq.
     Assistant United States Attorney