**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

Southern District

May 15, 2024

**By ECF and Email**
Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.  05/16/2024

Re:   **United States v. Keenan Carroll**
      **19 Cr. 488 (VSB)**

Dear Judge Broderick,

On April 23, 2024, the Court endorsed the parties' proposed post-hearing briefing schedule in the above-captioned case: opening briefs due May 17 and responses due May 31. See Dkt. No. 56.

Undersigned counsel writes to respectfully request that the Court adjourn the deadline for the initial briefs one week to May 24, 2024. I have been out of the office and need the additional time to complete our filings. The government, by Assistant United States Attorney Diarra Guthrie, consents to this request. The responses can still be due on May 31.

Thank you for your consideration of this application.

Respectfully submitted,

/s/
Sylvie Levine
Counsel for Keenan Carroll