# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

*Tamara Giwa*
Executive Director

*Jennifer L. Brown*
Attorney-in-Charge

May 30, 2024

**By ECF and Email**
Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**APPLICATION GRANTED**
**SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK**
**U.S.D.J.** 05/31/2024

Re:  **United States v. Keenan Carroll**
     **19 Cr. 488 (VSB)**

Dear Judge Broderick,

    The parties filed their post-VOSR-hearing briefs on Friday, May 24. See Dkt. Nos. 62, 63. I write to respectfully request that our response deadlines be adjourned from tomorrow, to Wednesday, June 5. Undersigned counsel needs additional time to consult with my client, review the government's brief, and respond accordingly.

    The government, by Assistant United States Attorney Diarra Guthrie, has no objection to this application.

    Thank you for your consideration.

Respectfully submitted,
/s/
Sylvie Levine
Counsel for Keenan Carroll