UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
UNITED STATES OF AMERICA,                    :
:
                      Plaintiff,     :
:     19-CR-488 (VSB)
    - against -                                         :
:     **<u>ORDER</u>**
KEENAN CARROLL,                                  :
:
                    Defendant.     :
:
-----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      Pending before the Court are Defendant's six specifications for violation of supervised release, as outlined in the amended violation report dated May 16, 2024. Defendant's original term of supervised release is set to expire on November 14, 2024, but the Court has not yet ruled on the pending violations. Accordingly, it is hereby:

      ORDERED that Defendant's term of supervised release shall continue until the Court issues a decision on the pending violations.

      IT IS FURTHER ORDERED that the Court will hold a hearing on Wednesday, November 27, 2024 at 11:00am regarding the pending violations.

SO ORDERED.

Dated: November 13, 2024
      New York, New York

                                                  Vernon S. Broderick
                                                  United States District Judge